WILLIAM J. SIMMS *vs.* HUGH O'FLAHERTY.

First Judicial District.
Argued October 4th—decided December 19th, 1911.

ACTION by a building contractor to recover for extra work and material, brought to the Court of Common Pleas in Hartford County where the defendant filed a counterclaim for $2,000 damages in consequence of which the cause was transferred to the Superior Court in said county, and there tried to the jury before *Bur-*

*pee, J.;* verdict and judgment for the plaintiff for $540, and appeal by the defendant. *No error.*

*Francis P. Rohrmayer,* for the appellant (defendant).

*Albert C. Bill* and *Joseph P. Tuttle,* for the appellee (plaintiff).

Opinion filed with the clerk of the Superior Court in Hartford County.